**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DAVID GLENN MARTIN**                                                                       **PLAINTIFF**

**v.**                       **CASE NO. 3:13CV00066 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE